Raymond Brown and Leslie Orcutt, Plaintiffs-Appellants, v. Charles L. Gill and Carol V. Gill, Defendants-Appellees.

Gen. No. 9,727.

Douglass & Wilson, and Pree & Pree, for appellants; L. G. Pefferle, for appellees. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full. Opinion filed May 31, 1951; released for publication June 26, 1951.